# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2990
Lower Tribunal No. 2020DP-000104-0000-00

_____

In the Interest of E.J.T., a child.

T.T.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Kelly P. Butz, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Karla Perkins, Appellate Counsel, of Children's Legal Services, Miami, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED